UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00475

**Michael Fields et al.,**
*Plaintiffs,*

v.

**Tyson Foods, Inc.,**
*Defendant.*

## FINAL JUDGMENT

The court, having considered plaintiffs' negligence action, hereby enters judgment that this case is dismissed with prejudice. Any pending motions are denied as moot. The clerk of court is directed to close this case.

*So ordered by the court on September 22, 2021.*

J. Campbell Barker
United States District Judge